UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mary Anne Kowalski

Plaintiff,                                          Case No. 1:25-cv-01272-JMB-RSK

v.                                                  Hon. Jane M. Beckering

MGH Family Health Center

Defendant.

## SEALED NOTICE OF RECEIPT OF CASE

NOTICE is hereby given that this case has been received, and filed in this court on October 21, 2025. It has been assigned the case number and judge set forth above.

CLERK OF COURT

Dated: October 21, 2025                 By: /s/ E. Doerr
                                        Deputy Clerk