UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
STATE of MICHIGAN *ex rel.*
MARYANNE KOWALSKI,

       Plaintiffs,

v.

MGH FAMILY HEALTH CENTER
d/b/a MUSKEGON FAMILY CARE,

       Defendant.

_____/

Case No. 1:25-cv-1272

Hon. Jane M. Beckering
U.S. District Judge

**FILED *EX PARTE* AND
UNDER SEAL**

## ORDER

Upon consideration of the United States of America's and the State of Michigan's First *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, and for good cause shown:

IT IS HEREBY ORDERED that the Application of the United States and the State of Michigan is granted. The time for the United States and the State of Michigan to decide whether to intervene in all or some of the Relator's Complaint is extended to June 19, 2026; and

IT IS FURTHER ORDERED that all other filings shall remain under seal.

IT IS SO ORDERED, this ___ day of _____, 2025.


_____
HON. JANE M. BECKERING
United States District Judge

2