UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
December 18, 2025 2:00 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: ___ / 12-18

UNITED STATES OF AMERICA and
STATE of MICHIGAN *ex rel.*
MARYANNE KOWALSKI,

      Plaintiffs,

v.

MGH FAMILY HEALTH CENTER
d/b/a MUSKEGON FAMILY CARE,

      Defendant.

_____/

Case No. 1:25-cv-1272

Hon. Jane M. Beckering
U.S. District Judge

**FILED *EX PARTE* AND
UNDER SEAL**

## CERTIFICATE REGARDING
## COMPLIANCE WITH LOCAL CIVIL RULE 7.1(d)

Local Civil Rule 7.1(d) requires, in relevant part, that with respect to all motions, "the moving party shall ascertain whether the motion will be opposed." This case remains sealed, however, and Defendant has not been advised of the existence of this action. The United States and the State of Michigan cannot comply with Local Civil Rule 7.1(d), therefore, without violating the Court's seal, disturbing the status quo, and undermining its ability to effectively investigate this case. For those reasons, the United States and the State of Michigan have solicited the concurrence of Relator, but not Defendant. On December 15, 2025 at 1:55 PM, counsel for the United States emailed counsel for Relator and explained the nature of the extension request and asked whether Relator concurred. Relator's counsel responded on December 16, 2025 at 10:01 AM and indicated that Relator concurs.

Dated: December 18, 2025

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

WHITNEY SCHNURR
Assistant United States Attorney
U.S. Attorney's Office
Western District of Michigan
330 Ionia Ave, Suite 501
Grand Rapids, MI 49503
Tel: (616) 456-2404
E-mail: Whitney.Schnurr@usdoj.gov

DANA NESSEL
Michigan Attorney General

(on behalf of w/ permission)

TIMOTHY ERICKSON
First Assistant Attorney General
Health Care Fraud Division
Michigan Department of Attorney General
P.O. Box 30218
Lansing, MI 48909
Tel: (517) 241-6500
E-mail: EricksonT@michigan.gov

2