UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**

December 18, 2025 2:00 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: _____

UNITED STATES OF AMERICA and
STATE of MICHIGAN *ex rel.*
MARYANNE KOWALSKI,

        Plaintiffs,

v.

MGH FAMILY HEALTH CENTER
d/b/a MUSKEGON FAMILY CARE,

        Defendant.

_____/

Case No. 1:25-cv-1272

Hon. Jane M. Beckering
U.S. District Judge

**FILED *EX PARTE* AND
UNDER SEAL**

## CERTIFICATE REGARDING
## COMPLIANCE WITH LOCAL CIVIL RULE 7.3(b)(i)

Pursuant to Local Civil Rule 7.3(b)(ii), the undersigned certifies that the Memorandum in Support of the United States of America's and the State of Michigan's First *Ex Parte* Application for an Extension of Time to Consider Election to Intervene complies with the type-volume limitation and contains no more than 4,300 words as provided by Local Civil Rule 7.3(b)(i). A word count was made using Word for Office 365, and the brief contains 712 words.

Dated: December 18, 2025                    Respectfully submitted,


TIMOTHY VERHEY
United States Attorney

WHITNEY SCHNURR
Assistant United States Attorney
U.S. Attorney's Office
Western District of Michigan
330 Ionia Ave, Suite 501
Grand Rapids, MI 49503
Tel: (616) 456-2404
E-mail: Whitney.Schnurr@usdoj.gov


DANA NESSEL
Michigan Attorney General

(on behalf of w/ permission)

TIMOTHY ERICKSON
First Assistant Attorney General
Health Care Fraud Division
Michigan Department of Attorney General
P.O. Box 30218
Lansing, MI 48909
Tel: (517) 241-6500
E-mail: EricksonT@michigan.gov


2