UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
December 18, 2025 2:00 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ___ / 12-18

UNITED STATES OF AMERICA and
STATE of MICHIGAN *ex rel.*
MARYANNE KOWALSKI,

      Plaintiffs,

v.

MGH FAMILY HEALTH CENTER
d/b/a MUSKEGON FAMILY CARE,

      Defendant.

_____/

Case No. 1:25-cv-1272

Hon. Jane M. Beckering
U.S. District Judge

**FILED *EX PARTE* AND
UNDER SEAL**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I caused the United States of America's and the State of Michigan's First *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, and accompanying proposed order, to be sent via email and United States mail, postage prepaid, to:

Ronald W. Chapman Sr. M.P.A., LL.M.
Jonathan C. Lanesky
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com

*Counsel for Relator*

Dated: December 18, 2025

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

WHITNEY SCHNURR
Assistant United States Attorney
U.S. Attorney's Office
Western District of Michigan
330 Ionia Ave, Suite 501
Grand Rapids, MI 49503
Tel: (616) 456-2404
E-mail: Whitney.Schnurr@usdoj.gov

2