UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
STATE of MICHIGAN *ex rel*.
MARYANNE KOWALSKI,                                 Case No. 1:25-cv-1272

       Plaintiffs,

                                  Hon. Jane M. Beckering
v.                                                 U.S. District Judge

MGH FAMILY HEALTH CENTER
d/b/a MUSKEGON FAMILY CARE,

       Defendant.

_____/

## CERTIFICATE OF SERVICE

       I hereby certify that on June 25, 2026, I caused the Court's Order (ECF No. 13) to be sent via email to:

Jonathan C. Lanesky
jlanesky@chapmanlawgroup.com

*Counsel for Relator*

Dated: June 25, 2026                    Respectfully submitted,

                                    TIMOTHY VERHEY
                                    United States Attorney

                                    /s/ Whitney M. Schnurr
                                    WHITNEY SCHNURR
                                    Assistant United States Attorney
                                    U.S. Attorney's Office
                                    Western District of Michigan
                                    330 Ionia Ave NW, Suite 501
                                    Grand Rapids, MI 49503
                                    Tel: (616) 456-2404
                                    E-mail: Whitney.Schnurr@usdoj.gov