**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA
ex rel. MARYANNE KOWALSKI

Case No.: 1:25-cv-01272
Hon. Jane M. Beckering

      Plaintiffs,

v.

MGH FAMILY HEALTH CENTER d/b/a
MUSKEGON FAMILY CARE
      Defendants.

---

## <u>RELATOR'S MOTION FOR VOLUNTARY DISMISSAL</u>

Relator, MaryAnne Kowalski, by and through her undersigned attorneys, Ronald W. Chapman Sr., and Jonathan C. Lanesky of Chapman Law Group, hereby files this Motion for Voluntary Dismissal. In support thereof, Relator states as follows:

1. Relator filed a Complaint to recover civil damages and penalties arising out of violations of the False Claims Act ("FCA"), 31 U.S.C. § 3729, *et seq.*

2. On June 18, 2026, the United States and the State of Michigan filed their Notice of Election to Decline Intervention. In that filing, the Government Plaintiffs declined to intervene but expressly reserved their statutory rights under 31 U.S.C. § 3730(b)(1) and Mich. Comp. Laws § 400.610a(1), including their right to provide written consent before any dismissal of this action

3. Relator has determined that voluntary dismissal of this action is appropriate.

4. Pursuant to 31 U.S.C. § 3730(b)(1), "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Likewise, Mich. Comp. Laws § 400.610a(1) requires notice to and an opportunity for the Attorney General to be heard before dismissal of a qui tam action

1

5.     Relator requests that this action be dismissed with prejudice.

6.     Counsel for the United States of America and the State of Michigan concur with the relief requested.

WHEREFORE, Relator respectfully requests that the Court enter an Order dismissing this action and granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,
CHAPMAN LAW GROUP


Dated: August 6, 2026          *s/Jonathan C. Lanesky*
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Jonathan C. Lanesky (P59870)
880 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com
*Attorneys for Qui Tam Relator*

## CERTIFICATE OF SERVICE

I certify that on August 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.


Dated: August 6, 2026          *s/Melissa Kairis*
Melissa Kairis, Paralegal