UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
and STATE OF MICHIGAN, *ex rel.*
MARY ANNE KOWALSKI,

      Plaintiffs-Relator,

v.

MGH FAMILY HEALTH CENTER
d/b/a Muskegon Family Care,

      Defendant.

_____/

Case No. 1:25-cv-1272

JANE M. BECKERING

**<u>ORDER</u>**

This matter is before the Court on Relator's Motion for Voluntary Dismissal (ECF No. 15). The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the United States of America and the State of Michigan shall, not later than <u>August 20, 2026</u>, each file a written consent or response to the Motion (ECF No. 15).


Dated: August 6, 2026

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge